UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, | ) |
| | ) Case No. 3:25-cv-05938 |
| Plaintiff, | ) |
| v. | ) WAIVER OF SERVICE |
| | ) |
| RADIUS RECYCLING CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

TO:   Alyssa Koepfgen and Katelyn Kinn
SMITH & LOWNEY, PLLC
2317 East John Street
Seattle, Washington 98112
Phone: 206-860-2883
Fax: 206-860-4187
alyssa@smithandlowney.com
katelyn@smithandlowney.com,

I acknowledge receipt of your request for waiver of service of summonses on behalf of Radius Recycling Corporation ("Radius") in this action of Puget Soundkeeper Alliance v. Radius Recycling Corporation, which is case number 3:25-cv-05938 in the United States District Court for the Western District of Washington. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

Radius agrees to save the expense of serving a summons and complaint in this case by

WAIVER OF SERVICE - 1
No. 3:25-cv-05938

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

not requiring service with judicial process in the manner provided by Rule 4.

Radius will retain all defenses or objections to the lawsuit, the court's jurisdiction, and venue, but will waive any objections to the absence of a summons or of service.

Radius also understand that they must file and serve an answer or motion under Rule 12 within 60 days of October 22, 2025, the date on which this request was sent. Failure to do so may result in a default judgment against Radius.

10/22/2025

DATE

Endre M. Szalay
K&L Gates, LLP
925 Fourth Ave, Suite 2900
Seattle, WA 98104

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.  It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.  A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney for the unrepresented plaintiff a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

WAIVER OF SERVICE - 2
No. 3:25-cv-05938

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883